IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD T. FURNACE, | ) | No. C 06-4229 MMC (PR) |
| Plaintiff, | ) ) | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER; DENYING MOTION FOR INTERROGATORIES; DENYING MOTION TO ORDER DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | ) ) ) | |
| M.S. EVANS, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | (Docket Nos. 12, 13 & 17) |

Plaintiff, proceeding pro se and currently incarcerated at Salinas Valley State Prison ("SVSP"), filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's retaliation claims were found cognizable, and defendants were served by the United States Marshal. Now before the Court are: (1) plaintiff's motion for a preliminary injunction and/or a temporary restraining order ("TRO"), filed January 19, 2007 (Docket No. 12), (2) plaintiff's motion for a first set of interrogatories, filed January 19, 2007 (Docket No. 13), and (3) plaintiff's motion for an order directing defendants to respond to the complaint, filed February 21, 2007 (Docket No. 17).

With respect to plaintiff's motion for a preliminary injunction and/or a TRO, plaintiff has neither complied with the notice requirement of Rule 65(a)(1) of the Federal Rules of Civil Procedure, nor certified the reasons for his not providing such notice, as required by Rule 65(b) of the Federal Rules of Civil Procedure. Accordingly, plaintiff's request for a preliminary injunction and/or TRO is DENIED.

Plaintiff's "motion" for interrogatories simply sets forth the interrogatories plaintiff

wishes to propound to defendants. Such motion is improper because discovery requests, including interrogatories, are served on the opposing party and are not filed with the court. See Fed. R. Civ. P. 33(a). Accordingly, plaintiff's motion for interrogatories is DENIED.

Plaintiff's motion for an order directing defendants to respond to the complaint is DENIED as moot; on April 5, 2007, defendants filed a motion to dismiss. See Fed. R. Civ. P. 12(b) (providing motion to dismiss "shall be made before pleading").

This order terminates Docket Nos. 12, 13, and 17.

IT IS SO ORDERED.

DATED: April 19, 2007

_____
MAXINE M. CHESNEY
United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action <u>in forma pauperis</u> in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

    The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

    Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting <u>in forma pauperis</u> and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff/Petitioner
       Finance Office