IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M.S. EVANS, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 06-4229 MMC (PR)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE REPLY BRIEF** |

　　　Plaintiff, proceeding pro se and currently incarcerated at Salinas Valley State Prison, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. On April 5, 2007, defendants filed a motion to dismiss, and on May 4, 2007, plaintiff filed an opposition. In the Order of Service, filed December 12, 2006, defendants were directed to file a reply within 15 days of the date any opposition was filed. Defendants have not filed a reply. Defendants **shall** file their reply within 15 days of the date this order is filed.

　　　IT IS SO ORDERED.

DATED: June 27, 2007

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　United States District Judge