IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD T. FURNACE,

        Plaintiff,

v.

M.S. EVANS, Warden, et al.,

        Defendants.

        /

No. CV-06-4229 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendants' motion for summary judgment is hereby GRANTED and judgment shall be entered in favor of each of the defendants.

Dated: August 17, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk