1  LUANN L. SIMMONS (S.B. #203526) - lsimmons@omm.com
   RANDOLPH GAW (S.B. #223718) - rgaw@omm.com
2  SHIRIN BAKHSHAY (S.B. #255637) - sbakhshay@omm.com
   O'MELVENY & MYERS LLP
3  Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111-3823
4  Telephone:   (415) 984-8700
   Facsimile:   (415) 984-8701
5
6  Attorneys for Plaintiff Edward T. Furnace

7  KAMALA D. HARRIS
   Attorney General of California
8  DANIELLE F. O'BANNON
   Supervising Deputy Attorney General
9  TRACE O. MAIORINO (S.B. #179749) - trace.maiorino@doj.ca.gov
   Deputy Attorney General
10 455 Golden Gate Ave., Suite 11000
   San Francisco, CA 94102-7004
11 Telephone:   (415) 703-5975
   Facsimile:   (415) 703-5843

12 Attorneys for Defendants Evans, Hedgpeth, Ponder, Celaya,
   Variz, Medina, Nuckles, Vega, Nilsson and Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>    Plaintiff,<br><br> v.<br><br>M. S. EVANS, et al.,<br><br>    Defendants. | Case No. C 06-4229 MMC (PR)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Maxine M. Chesney |

  WHEREAS the Court has scheduled a Case Management Conference for May 4, 2012 at 10:30 am; and

  WHEREAS counsel for Plaintiff will be out of town on May 4, 2012; and

  WHEREAS the hearing on Defendants' Motion to Enforce Discovery Stay is scheduled to be heard on May 25, 2012 at 9:00 am; and

WHEREAS the hearing on Defendants' Motion for Clarification regarding Nuckles, Medina, Variz, Vega, Nilsson, and Rodriguez is also scheduled to be heard on May 25, 2012 at 9:00 am; and

WHEREAS the Court's rulings on Defendants' Motion to Enforce Discovery Stay and on Defendants' Motion for Clarification may have a significant impact on the case and, in particular, on the subjects to be addressed at the Case Management Conference;

THEREFORE, pursuant to Civil Local Rules 7-12 and 16-2, the parties jointly stipulate and request to continue the Case Management Conference to May 25, 2012 at 10:30 am; and

The parties request that they file and serve their Case Management Statement by no later than May 18, 2012.

Dated: April 10, 2012

O'MELVENY & MYERS LLP

By: /s/ Randolph Gaw
Randolph Gaw
*Attorneys for Plaintiff*

Dated: April 10, 2012

ATTORNEY GENERAL OF CALIFORNIA

By: /s/ Trace O. Maiorino
Trace O. Maiorino
Deputy Attorney General
*Attorneys for Defendants*

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING CMC, NO. C 06-4229 MMC (PR)

1                                 **[PROPOSED] ORDER**

2         PURSUANT TO STIPULATION, the Case Management Conference is continued to

3 June 29 ~~May 25~~, 2012 at 10:30 am. The parties will file their Case Management Statement by

4 June 22 ~~May 18~~, 2012.

5         IT IS SO ORDERED.

6

7 Dated: April 13, 2012                              _____

8                                                     Hon. Maxine Chesney