1    LUANN L. SIMMONS (S.B. #203526) - lsimmons@omm.com
     RANDOLPH GAW (S.B. #223718) - rgaw@omm.com
2    SHIRIN BAKHSHAY (S.B. #255637) - sbakhshay@omm.com
     O'MELVENY & MYERS LLP
3    Two Embarcadero Center, 28th Floor
     San Francisco, CA  94111-3823
4    Telephone:    (415) 984-8700
     Facsimile:    (415) 984-8701
5
     Attorneys for Plaintiff Edward T. Furnace
6
     KAMALA D. HARRIS
7    Attorney General of California
     DANIELLE F. O'BANNON
8    Supervising Deputy Attorney General
     TRACE O. MAIORINO (S.B. #179749) - trace.maiorino@doj.ca.gov
9    Deputy Attorney General
     455 Golden Gate Ave., Suite 11000
10   San Francisco, CA 94102-7004
     Telephone:    (415) 703-5975
11   Facsimile:    (415) 703-5843

12   Attorneys for Defendants Evans, Hedgpeth, Ponder, Celaya,
     Variz, Medina, Nuckles, Vega, Nilsson and Rodriguez
13

14                    UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17
     EDWARD T. FURNACE,                      Case No. C 06-4229 MMC (PR)
18
                        Plaintiff,           **JOINT STIPULATION AND [~~PROPOSED~~]**
19                                           **ORDER CONTINUING CASE**
                                             **MANAGEMENT CONFERENCE**
20          v.
                                             Judge:    Hon. Maxine M. Chesney
21   M. S. EVANS, et al.,

22                      Defendants.

23

24          WHEREAS the Court has scheduled a Case Management Conference for May 4, 2012 at

25   10:30 am; and

26          WHEREAS counsel for Plaintiff will be out of town on May 4, 2012; and

27          WHEREAS the hearing on Defendants' Motion to Enforce Discovery Stay is scheduled to

28   be heard on May 25, 2012 at 9:00 am; and

1      WHEREAS the hearing on Defendants' Motion for Clarification regarding Nuckles,

2   Medina, Variz, Vega, Nilsson, and Rodriguez is also scheduled to be heard on May 25, 2012 at

3   9:00 am; and

4      WHEREAS the Court's rulings on Defendants' Motion to Enforce Discovery Stay and on

5   Defendants' Motion for Clarification may have a significant impact on the case and, in particular,

6   on the subjects to be addressed at the Case Management Conference;

7      THEREFORE, pursuant to Civil Local Rules 7-12 and 16-2, the parties jointly stipulate

8   and request to continue the Case Management Conference to May 25, 2012 at 10:30 am; and

9      The parties request that they file and serve their Case Management Statement by no later

10   than May 18, 2012.

11

12      Dated:  April 10, 2012                O'MELVENY & MYERS LLP

13

14                                            By:    /s/ Randolph Gaw
                                                     _____
15                                                   Randolph Gaw
                                                     *Attorneys for Plaintiff*
16

17      Dated:  April 10, 2012                ATTORNEY GENERAL OF CALIFORNIA

18

19                                            By:    /s/ Trace O. Maiorino
                                                     _____
                                                     Trace O. Maiorino
20                                                   Deputy Attorney General
                                                     *Attorneys for Defendants*
21

22

23

24

25

26

27

28

JOINT STIP. AND [PROPOSED] ORDER
                                                     CONTINUING CMC, NO. C 06-4229 MMC (PR)

1

<b>[PROPOSED] ORDER</b>

2          PURSUANT TO STIPULATION, the Case Management Conference is continued to

June 29
3    ~~May 25~~, 2012 at 10:30 am.  The parties will file their Case Management Statement by
June 22
4    ~~May 18~~, 2012.

5          IT IS SO ORDERED.

6

7      Dated: April 13, 2012                                   _Maxine M. Chesney_
                                                        Hon. Maxine Chesney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                     JOINT STIP. AND [PROPOSED] ORDER
                                                   CONTINUING CMC, NO. C 06-4229 MMC (PR)