IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE,<br><br>    Plaintiff,<br><br>    v<br><br>MS EVANS,<br><br>    Defendants. | Case No C 06-4229 MMC (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on July 17, 2012 I in San Francisco. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff, Randolph Gaw

☐ Warden or warden's representative

☒ Office of the California Attorney General, Trace Maiorino

☒ Other: California Department of Corrections and Rehabilitation, Kaye Bassett

1  (2) The following individuals, parties, and/or representatives did not appear:

2  (3) The outcome of the proceeding was:

3  ☒ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☐ The parties are unable to reach an agreement at this time.

10 Date: 8/3/12                              _____

11                                           Nandor J Vadas
                                             United States Magistrate Judge

**United States District Court**
For the Northern District of California