United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD FURNACE,

    Plaintiff,

        v

MS EVANS,

    Defendants.

Case No C 06-4229 MMC (NJV)

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on July 17, 2012 I in San Francisco. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff, Randolph Gaw

☐ Warden or warden's representative

☒ Office of the California Attorney General, Trace Maiorino

☒ Other: California Department of Corrections and Rehabilitation, Kaye Bassett

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: 8/3/12

_____
Nandor J Vadas
United States Magistrate Judge