KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
TRACE O. MAIORINO
Deputy Attorney General
State Bar No. 179749
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5975
  Fax: (415) 703-5843
  E-mail: Trace.Maiorino@doj.ca.gov
*Attorneys for Defendants Evans, Hedgpeth, Ponder, Celaya, Variz, Medina, Nuckles, Vega, Nilsson, and Rodriguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EDWARD T. FURNACE,**<br><br>                   Plaintiff,<br><br>v.<br><br>**M. S. EVANS, et al.,**<br><br>                   Defendants. | C 06-4229 MMC (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)) AND ORDER THEREON** |

    Plaintiff Edward T. Furnace and Defendants Evans, Hedgpeth, Ponder, Celaya, Variz, Medina, Nuckles, Vega, Nilsson, and Rodriguez have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

///

Each party shall bear its own litigation costs and attorney's fees.

So stipulated.

Dated: 7/17/12         By: _____
                           RANDOLPH GAW
                           O'Melveny & Myers LLP
                           *Attorneys for Plaintiff Edward T. Furnace*

Dated: 7/17/12         By: _____
                           TRACE O. MAIORINO
                           Deputy Attorney General
                           *Attorneys for Defendants Evans, Hedgpeth,
                           Ponder, Celaya, Variz, Medina, Nuckles, Vega,
                           Nilsson, and Rodriguez*

SF2007200018; 20625918.doc

Dated: October 22, 2012

**IT IS SO ORDERED**
*Judge Maxine M. Chesney*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA