1  KAMALA D. HARRIS
   Attorney General of California
2  DANIELLE F. O'BANNON
   Supervising Deputy Attorney General
3  TRACE O. MAIORINO
   Deputy Attorney General
4  State Bar No. 179749
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone: (415) 703-5975
6   Fax: (415) 703-5843
    E-mail: Trace.Maiorino@doj.ca.gov
7  *Attorneys for Defendants Evans, Hedgpeth, Ponder,
   Celaya, Variz, Medina, Nuckles, Vega, Nilsson, and
8  Rodriguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EDWARD T. FURNACE, | C 06-4229 MMC (PR) |
|---|---|
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)) AND ORDER THEREON** |
| v. | |
| M. S. EVANS, et al., | |
| Defendants. | |

Plaintiff Edward T. Furnace and Defendants Evans, Hedgpeth, Ponder, Celaya, Variz, Medina, Nuckles, Vega, Nilsson, and Rodriguez have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

///

1

Each party shall bear its own litigation costs and attorney's fees.

So stipulated.

Dated: 7/17/12        By: _____
                          RANDOLPH GAW
                          O'Melveny & Myers LLP
                          *Attorneys for Plaintiff Edward T. Furnace*

Dated: 7/17/12        By: _____
                          TRACE O. MAIORINO
                          Deputy Attorney General
                          *Attorneys for Defendants Evans, Hedgpeth,*
                          *Ponder, Celaya, Variz, Medina, Nuckles, Vega,*
                          *Nilsson, and Rodriguez*

SF2007200018; 20625918.doc

Dated: October 22, 2012

IT IS SO ORDERED
_____
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA